AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

BARBARA R. JOHNSON

V.

**SUMMONS IN A CIVIL CASE**

NANTICOKE MEMORIAL HOSPITAL, INC.

CASE NUMBER: 07-685

TO: (Name and address of Defendant)

Dean A. Swingle, Director, Finance
Nanticoke Memorial Hospital, Inc./Nanticoke Health Services
801 Middleford Road
Seaford, DE 19973

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric M. Andersen, Esquire
Cooch and Taylor
824 North Market Street, Suite 1000
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_/s/ E. Shuetlin_
(By) DEPUTY CLERK

DATE: 10/30/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

**DATE:** 11-5-2007

**NAME OF SERVER (PRINT):** RICHARD RILEY

**TITLE:** SERVER + COURIER

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 801 MIDDLEFORD RD SEAFORD DE 19973

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-9-2007

*Signature of Server*

Blue Marble Logistics, LLC
800 King Street, Suite 102
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.