UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON ) | |
| ) | |
| Plaintiff, ) | C.A. No. : 07-cv-00685-***-LPS |
| ) | |
| v. ) | |
| ) | |
| NANTICOKE MEMORIAL HOSPITAL, INC., ) | |
| and NANTICOKE HEALTH SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**REQUEST TO CLERK FOR ENTRY OF DEFAULT**

Barbara Johnson, Plaintiff, by and through her attorneys, Cooch and Taylor, P.A., submits this request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer or respond to Plaintiff's Complaint. In support of this request, Plaintiff submits a copy of the docket as Exhibit A.

                                           COOCH & TAYLOR, P.A.

                                           _____
                                           Eric M. Andersen (No. 4376)
                                           H. Alfred Tarrant, Jr. (No. 445)
                                           824 N. Market Street, Ste. 1000
                                           Wilmington, DE  19801
                                           302-652-3641
                                           *Attorneys for Barbara R. Johnson*

DATED:  November 28, 2007

# Exhibit A

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:07-cv-00685-***-LPS

| | |
|---|---|
| Johnson v. Nanticoke Health Services Inc. et al | Date Filed: 10/30/2007 |
| Assigned to: Vacant Judgeship | Jury Demand: Plaintiff |
| Referred to: Honorable Leonard P. Stark | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1337 E.R.I.S.A. | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara R. Johnson**        represented by    **Eric M. Andersen**
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE 19899
(302) 652-3641
Email: eandersen@coochtaylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nanticoke Health Services Inc.**

**Defendant**

**Nanticoke Memorial Hospital Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT with Exhibit A-C filed with Jury Demand against Nanticoke Health Services Inc., Nanticoke Memorial Hospital Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 149398.) - filed by Barbara R. Johnson. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form)(els) (Entered: 10/31/2007) |
| 10/30/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 10/31/2007) |
| 10/30/2007 | | Summons Issued as to Nanticoke Health Services Inc. on 10/30/2007; Nanticoke Memorial Hospital Inc. on 10/30/2007. (els) (Entered: 10/31/2007) |

| 11/07/2007 | 3 | [1:07-cv-685-***]: Please note that, in accordance with the attached standing orders, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Leonard P. Stark for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb) (Entered: 11/07/2007) |
|---|---|---|
| 11/09/2007 | 4 | SUMMONS Returned Executed by Barbara R. Johnson. Nanticoke Health Services Inc. served on 11/5/2007, answer due 11/26/2007; Nanticoke Memorial Hospital Inc. served on 11/5/2007, answer due 11/26/2007. (Andersen, Eric) (Entered: 11/09/2007) |

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON  Plaintiff,  v.  NANTICOKE MEMORIAL HOSPITAL, INC., and NANTICOKE HEALTH SERVICES, INC.  Defendants. | ) ) ) C.A. No. : 07-cv-00685-\*\*\*-LPS ) ) ) ) ) ) ) ) |

**CERTIFICATE OF SERVICE**

I, Eric M. Andersen, Esquire, caused on November 28, 2007 the foregoing *Request to Clerk for Entry of Default* to be served on the following via regular mail:

Dean A. Swingle, Director, Finance
Nanticoke Memorial Hospital, Inc./
Nanticoke Health Services, Inc.
801 Middleford Road
Seaford, DE 19973

_____
Eric M. Andersen (No. 4376)