UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>   Plaintiff,<br><br>NANTICOKE MEMORIAL HOSPITAL, INC.<br>AND NANTICOKE HEALTH SERVICES, INC.,<br><br>   Defendants. | C.A. No. 07-CV-00685<br>*** LPS |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Beth H. Christman, Esquire, Casarino, Christman & Shalk, P.A., as attorney for defendants, Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

                                              BETH H. CHRISTMAN, ESQUIRE
                                              Attorney I.D. No. 2107
                                              CASARINO, CHRISTMAN & SHALK, P.A.
                                              800 N. King Street, Suite 200
                                              P.O. Box 1276
                                              Wilmington, DE  19899
                                              (302) 594-4500
                                              Attorney for Defendants

DATED: December 7, 2007

## CERTIFICATE OF SERVICE

I, Beth H. Christman, hereby certify that I have E-FILED on this 7th day of December, 2007, true and correct copies of the attached document, addressed to:

Eric M. Andersen, Esquire
H. Alfred Tarrant, Jr., Esquire
Cooch and Taylor
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899

Beth H. Christman, Esquire
I.D. No. 2107
CASARINO, CHRISTMAN & SHALK, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899