UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANTICOKE MEMORIAL HOSPITAL, INC. )<br>AND NANTICOKE HEALTH SERVICES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-00685<br>*** LPS |

## MOTION AND ORDER FOR ADMISSION FOR PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *Pro Hac Vice* of Térese M. Connerton to represent Defendants in this matter.

CASARINO, CHRISTMAN & SHALK, P.A.

Date: 12/7/07

Beth Christman, Esq.
Bar I.D. No. 2107
Connectiv Building
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500 (phone)
(302) 594-4509 (fax)
bchristman@casarino.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON, )<br> )<br>Plaintiff, )<br> )<br>vi. )<br> )<br>NANTICOKE MEMORIAL HOSPITAL, INC. )<br>AND NANTICOKE HEALTH SERVICES, INC., )<br> )<br>Defendants. )<br> ) | C.A. No. 07-CV-00685<br>** LPS |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this matter.

OBER, KALER, GRIMES & SHRIVER

Date: 12/7/07

*Térese M. Connerton*
Térese M. Connerton, Esq.
1401 H Street, N.W., 5th Floor
Washington, DC 20005
(202) 326-5022 (office)
(202) 333-5222 (fax)
tmconnerton@ober.com

## CERTIFICATE OF SERVICE

I, BETH H. CHRISTMAN, hereby certify that I have E-FILED on this **7th** day of **December, 2007**, true and correct copies of the attached Motion & Order for Admission Pro Hac Vice addressed to:

>Eric M. Andersen, Esquire
>H. Alfred Tarrant, Jr., Esquire
>Cooch and Taylor
>824 Market Street, Suite 1000
>P.O. Box 1680
>Wilmington, DE 19899

>/s/ Beth H. Christman
>BETH H. CHRISTMAN, ESQUIRE
>I.D. No. 2107
>Casarino, Christman & Shalk, P.A.
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>(302) 594-4500