## COOCH AND TAYLOR, P.A.
ATTORNEYS AT LAW

824 MARKET STREET
SUITE 1000
P.O. BOX 1680
WILMINGTON, DE 19899-1680

WWW.COOCHTAYLOR.COM
F 302.984.3939
T 302.984.3800

DONALD C. TAYLOR
1930-2005

H. ALFRED TARRANT, JR.
ROBERT W. CROWE
BONNIE H. SHEER
W. JEFFREY WHITTLE*
JEOFFREY L. BURTCH
C. SCOTT REESE
ANDREW P. TAYLOR*
THOMAS D. SHELLENBERGER

\* ALSO ADMITTED IN PA
\*\* ALSO ADMITTED IN NJ
\*\*\* ALSO ADMITTED IN CT

EDWARD W. COOCH, JR.
OF COUNSEL

ADAM SINGER+
SPECIAL COUNSEL

ROBERT W. PEDIGO
ROBERT W. MALLARD
GEORGE R. TSAKATARAS*
SHELLEY A. KINSELLA
ERIC M. ANDERSEN
NEIL A. DERMAN++
BASIL C. KOLLIAS**
PAULA C. WITHEROW*
NANCY N. DOUGHTEN***

\+ ALSO ADMITTED IN MA AND NY
++ ADMITTED IN NJ ONLY

December 17, 2007

*VIA E-Filing*
The Honorable Leonard P. Stark
U.S. District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Johnson v. Nanticoke Memorial Hospital, Inc., et al.*, C.A. No. 07-CV-00685\*\*\*LPS

Dear Judge Stark:

I write to inform the Court that Plaintiff Barbara R. Johnson will not oppose the Motion for Leave to File Answer Out of Time filed by Defendants Nanticoke Health Services Inc. and Nanticoke Memorial Hospital Inc. filed on December 7, 2007.

Respectfully,

Eric M. Andersen (#4376)

EMA:che

cc: Beth H. Christman, Esquire (via E-Filing)