IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-685-***-LPS |
| NANTICOKE HEALTH SERVICES, INC., ET AL., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **20th** day of **December, 2007.**

WHEREAS, plaintiff filed a request for default on November 28, 2007 (D.I. 5);

WHEREAS, defendants filed a motion for leave to file their answer out of time on December 7, 2007 (D.I. 8), and plaintiff having indicated no opposition to the motion (D.I. 11); therefore,

IT IS HEREBY ORDERED that defendants' motion for leave to file their answer out of time is GRANTED; and plaintiff's request for default is DENIED AS MOOT.

_____
UNITED STATES MAGISTRATE JUDGE