UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-cv-00685-*** |
| | ) | |
| v. | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, INC. and NANTICOKE HEALTH SERVICES, INC., | ) ) ) | Demand for Jury Trial |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

TO: Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
Wilmington, DE 19801

On January 23, 2008, a copy of *Plaintiff's Rule 26(a) Initial Disclosures* were served on the above-named party via hand delivery.

COOCH AND TAYLOR, P.A.

_____
Eric M. Andersen (No. 4376)
H. Alfred Tarrant, Jr. (No. 445)
824 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 652-3641
*Attorneys for Plaintiff*

DATED: January 23, 2008

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, caused on the 23rd day of January, 2008, a copy of *Notice of Service* to be served via hand delivery on the following counsel:

Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street
P.O. Box 1276
Wilmington, DE 19899
*Attorneys for Defendant*

_____
Eric M. Andersen (No. 4376)