UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>NANTICOKE HEALTH SERVICES, INC.,<br>et. al.,<br><br>        Defendants. | C.A. No. 07-CV-00685<br>*** LPS |

## NOTICE OF SERVICE

TO:    Eric M. Anderson, Esq.
         H. Alfred Tarrant, Jr., Esq.
         824 N. Market Street, Suite 1000
         Wilmington, DE  19801

    On January 24, 2008, a copy of *Defendants' Rule 26(a) Initial Disclosures* was sent overnight mail on the above-named individuals.

                                                         OBER, KALER, GRIMES & SHRIVER, P.C.

Date:  January 24, 2008                  By: _/s/ Térese M. Connerton_
                                                              Térese M. Connerton, Esq.
                                                              1401 H Street, N.W., Suite 500
                                                              Washington, DC  20005
                                                               (202) 326-5022
                                                              (202) 336-4222 (fax)
                                                              tmconnerton@ober.com

CASARINO, CHRISTMAN & SHALK, P.A.

By: _____
Beth Christman, Esq.
Bar I.D. No. 2107
Connectiv Building
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
(302) 594-4509 (fax)
bchristman@casarino.com

Dated: January 24, 2008                Attorneys for the Defendants

## CERTIFICATION OF SERVICE

I, Térese M. Connerton, caused on 24th day of January, 2008, a copy of *Notice of Service* to be sent by overnight mail to Plaintiff's counsel of record:

Eric M. Anderson, Esq.
H. Alfred Tarrant, Jr., Esq.
824 N. Market Street, Suite 1000
Wilmington, DE 19801
*Attorneys for Plaintiff*

                                                    Térese M. Connerton, Esq.