UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.  07-685-***-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| NANTICOKE HEALTH SERVICES, INC. | ) | Demand for Jury Trial |
| And NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

TO:   Beth H. Christman, Esquire
      Casarino, Christman & Shalk, P.A.
      800 N. King Street
      Wilmington, DE  19801

On February 12, 2008, a copy of *Barbara R. Johnson's Request for Production Directed to Nanticoke Health Services, Inc. and Nanticoke Memorial Hospital, Inc.* and *Barbara R. Johnson's Interrogatories Directed to Nanticoke Health Services, Inc. and Nanticoke Memorial Hospital, Inc.* were served on the above-named party via hand delivery.

**COOCH AND TAYLOR, P.A.**

/s/ Eric M. Andersen
Eric M. Andersen (No. 4376)
H. Alfred Tarrant, Jr., (No. 445)
824 N. Market Street, Suite 1000
Wilmington, DE  19801
(302) 984-3800
*Attorneys for Plaintiff*

DATED: February 12, 2008