### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BARBARA R. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 07-CV-00685 (SLR) |
| v. | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC., AND NANTICOKE HEALTH | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF PATRICK R. KINGSLEY

Pursuant to Local Rule 83.5 and the certification attached hereto as Exhibit A, the

undersigned moves for the admission *pro hac vice* of Patrick R. Kingsley, Esquire, to represent

Defendant Nanticoke Memorial Hospital, Inc., in this matter.

Michael P. Migliore
DE Bar ID No. 4331
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 576-5874
(302) 576-5878 Fax

Attorneys for Defendant,
Nanticoke Memorial Hospital, Inc.

B # 756144 v.2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 07-CV-00685 (SLR) |
| v. | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC., AND NANTICOKE HEALTH | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants, | ) | |

## CERTIFICATION OF PATRICK R. KINGSLEY

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bars of the

Commonwealth of Pennsylvania and the United States District Court for the Eastern District of

Pennsylvania and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action. I also

certify that I am generally familiar with this Court's Local Rules and that I do not reside, work or

regularly engage in business, professional or other similar activities in Delaware.

Patrick R. Kingsley, Esquire
Pennsylvania Bar ID No. 62915
STRADLEY, RONON, STEVENS
& YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8029
(215) 564-8120 Fax

B # 756144 v.2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BARBARA R. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 07-CV-00685 (SLR) |
| v. | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC., AND NANTICOKE HEALTH | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF PATRICK R. KINGSLEY**

IT IS HEREBY ORDERED that the *Motion for Admission Pro Hac Vice of*

*Patrick R. Kingsley* is GRANTED.

DATED: March __, 2008

_____
The Honorable Sue L. Robinson

B # 756144 v.2

## CERTIFICATE OF SERVICE

I, Michael P. Migliore, Esquire, hereby certify that on March 4, 2008, I caused a

true and correct copy of the *Motion for Admission Pro Hac Vice of Patrick R. Kingsley* to be

served via United States First Class Mail, postage prepaid, and electronically via the Court's

Electronic Case Filing (ECF) system upon the following:

Eric M. Andersen, Esquire
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE  19899
(302) 652-3641
Attorneys for Plaintiff,
Barbara R. Johnson


Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE  19899
(302) 594-4500
Attorneys for Defendant,
Nanticoke Health Services, Inc.

_____
Michael P. Migliore, Esquire