IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON, <br><br> Plaintiff, <br> v. <br><br> NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC., <br><br> Defendants. | C.A. No. 07-CV-00685 (SLR) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stradley Ronon Stevens & Young, LLP, Patrick R. Kingsley, and Michael P. Migliore, on behalf of Defendant Nanticoke Health Services, Inc., in the above-captioned matter.

Respectfully submitted,

_____
Michael P. Migliore (Del. Bar #4331)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Telephone: (302) 576-5850
Facsimile: (302) 576-5858

Patrick R. Kingsley, Esquire
Pa. Bar ID #62915 (Admission pending)
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Telephone: (215) 564-8029

Counsel for Defendants,
Nanticoke Memorial Hospital, Inc. and
Nanticoke Health Services, Inc.

# 760230 v.1

## CERTIFICATE OF SERVICE

I, Michael P. Migliore, hereby certify that on March 12, 2008, I caused a true and correct copy of the *Entry of Appearance* to be served via United States First Class Mail, postage prepaid, and electronically via the Court's Electronic Case Filing (ECF) system upon the following:

Eric M. Andersen, Esquire
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE 19899
(302) 652-3641

Attorneys for Plaintiff,
Barbara R. Johnson


Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

*Withdrawing* Counsel for Defendants,
Nanticoke Memorial Hospital, Inc.
and Nanticoke Health Services, Inc.


_____
Michael P. Migliore, Esquire
Del. Bar #4331

# 760230 v.1