IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NANTICOKE MEMORIAL HOSPITAL, ) <br> INC., AND NANTICOKE HEALTH ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. 07-CV-00685 (SLR) |

## SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL PURSUANT TO D. DEL. L.R. 83.7

Pursuant to D. Del. L.R. 83.7, be it made known that the law firm of Stradley Ronon Stevens & Young, LLP, hereby substitutes as counsel and enters its appearance on behalf of Defendants Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc.

Be it further made known that the law firms of Casarino, Christman & Shalk, P.A., and Ober, Kaler, Grimes & Shriver hereby withdraw their representation of and appearance on behalf of Defendants Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| *[signature]* | *[signature]* |
| Michael P. Migliore (Del. Bar #4331) | Beth H. Christman (Del. Bar #2107) |
| Stradley Ronon Stevens & Young, LLP | Casarino, Christman & Shalk, P.A. |
| 300 Delaware Avenue | 800 North King Street |
| Suite 800 | P.O. Box 1276 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| Telephone: (302) 576-5850 | Telephone: (302) 594-4500 |
| Facsimile: (302) 576-5858 | Facsimile: (302) 594-4509 |
| | |
| - and - | - and - |
| | *[signature] Terese Connerton / BHC* |
| Patrick R. Kingsley, Esquire | Terese M. Connerton, Esq. |
| Pa. Bar ID #62915 (Admission pending) | Ober, Kaler, Grimes & Shriver |
| Stradley, Ronon, Stevens & Young, LLP | 1401 H. St., N.W. |
| 2600 One Commerce Square | 5th Floor |
| Philadelphia, PA 19103 | Washington, D.C. 2005 |
| Telephone: (215) 564-8029 | Telephone: (202) 326-5022 |
| | |
| *Substituting* Counsel for Defendants, Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc. | *Withdrawing* Counsel for Defendants, Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc. |

## CERTIFICATE OF SERVICE

I, Michael P. Migliore, Esquire, hereby certify that on March 13, 2008, I caused a true and correct copy of the *Substitution of Counsel and Withdrawal of Counsel Pursuant to D. Del. L.R. 83.7* to be served via United States First Class Mail, postage prepaid, and electronically via the Court's Electronic Case Filing (ECF) system upon the following:

Eric M. Andersen, Esquire
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE 19899
(302) 652-3641

Attorneys for Plaintiff,
Barbara R. Johnson

Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
800 North King St.
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

*Withdrawing* Counsel for Defendants,
Nanticoke Memorial Hospital, Inc.
and Nanticoke Health Services, Inc.

Michael P. Migliore, Esquire
Del. Bar #4331

# 760236 v. 1