IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC.,<br><br>    Defendants. | C. A. No. 07-CV-00685 (SLR) |

## NOTICE OF SERVICE

To:   Eric M. Andersen
      Cooch and Taylor
      824 N. Market Street, Suite 1000
      Wilmington, DE 19801
      (Counsel for Plaintiff)

On April 1, 2008, a copy of *Defendants' First Set of Interrogatories Directed to Plaintiff* and *Defendants' First Request for Production of Documents Directed to Plaintiff* were served by United States First Class Mail, postage prepaid upon the above-named counsel.

Dated: April 1, 2008

*/s/ Michael P. Migliore*
Michael P. Migliore (DE Bar #4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 576-5850
Facsimile: (302) 576-5858

Counsel for Defendants

L # 729810 v.1