IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC.<br><br>Defendants. | C. A. No. 07-CV-00685 (SLR) |

## MOTION OF DEFENDANTS
## FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants, Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc., by and through its undersigned counsel, hereby moves for judgment on the pleadings in its favor and against Plaintiff, Barbara R. Johnson, on all of the claims asserted in Plaintiff's complaint. As a matter of law, Defendants are entitled to judgment on the pleadings for the following reasons:

1. The pleadings in this matter are closed.

2. Plaintiff only asserts claims under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq. ("ERISA").

3. The pleadings demonstrate that Plaintiff lacks standing to assert a claim under ERISA.

4. Specifically, Plaintiff lacks standing because she is neither a participant nor beneficiary in the plan that forms the basis of her complaint.

L # 719566 v.1

  In moving for judgment on the pleadings, Defendants rely on the pleadings and the Opening Brief in Support of Its Motion for Judgment on the Pleadings, which is adopted and incorporated herein by reference.

  WHEREFORE, Defendants respectfully request judgment on the pleadings in favor of Defendants and against Plaintiff as a matter of law on all counts.

        Respectfully submitted,

        /s/ Michael P. Migliore
        Michael P. Migliore, Esquire (Del. Bar #4331)
        STRADLEY RONON STEVENS & YOUNG, LLP
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        (302) 576-5850
        mmigliore@stradley.com

        and

        Patrick R. Kingsley, Esquire (Admitted *Pro Hac Vice*)
        STRADLEY RONON STEVENS & YOUNG, LLP
        2600 One Commerce Square
        Philadelphia, PA 19103
        (215) 564-8000

        Attorneys for Defendants,
        Nanticoke Memorial Hospital, Inc. and
        Nanticoke Health Services, Inc.

Dated: April 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>      Plaintiff,<br><br>      v.<br><br>NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)  C. A. No. 07-CV-00685 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

To:   Eric M. Andersen
Cooch and Taylor
824 N. Market Street, Suite 1000
Wilmington, DE 19801
(Counsel for Plaintiff)

       On April 15, 2008, a copy of the (i) *Motion of Defendants for Judgment on the Pleadings* and (ii) *Defendants' Opening Brief in Support of its Motion for Judgment on the Pleadings* were served via hand-delivery at the address noted above, and via electronic service by way of the Court's CM-ECF filing system upon the above-named counsel.

Dated: April 15, 2008

                                  */s/ Michael P. Migliore*
                                  Michael P. Migliore (DE Bar #4331)
                                  STRADLEY RONON STEVENS & YOUNG, LLP
                                  300 Delaware Avenue, Suite 800
                                  Wilmington, DE 19801
                                  Telephone: (302) 576-5850
                                  Facsimile:  (302) 576-5858

                                  Counsel for Defendants

L # 740525 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC.<br><br>Defendants. | )<br>)<br>)<br>)  C. A. No. 07-CV-00685 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), Plaintiff's Opposition thereto, and argument of counsel, if any, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that judgment be ENTERED in favor of Defendants Nanticoke Memorial Hospital, Inc. and Nanticoke Health Services, Inc., and against Plaintiff Barbara R. Johnson on all counts of her Complaint.

BY THE COURT:

_____
U.S. District Court Judge Sue L. Robinson

L # 720258 v.1