## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON, )<br><br>Plaintiff )<br><br>v. )<br><br>NANTICOKE MEMORIAL HOSPITAL,<br>INC., AND NANTICOKE HEALTH<br>SERVICES, INC. )<br><br>Defendants. ) | C. A. No. 07-CV-00685 (SLR) |

## MOTION OF DEFENDANTS
## TO STRIKE PLAINTIFF'S JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 39(a)(2), Defendants, Nanticoke

Memorial Hospital, Inc. and Nanticoke Health Services, Inc. (collectively "Nanticoke"), by and

through its undersigned counsel, hereby move to strike Plaintiff's demand for a jury trial and in

support thereof aver as follows:

1.      Plaintiff has filed a complaint against Nanticoke alleging only two counts,

both of which are asserted pursuant to the Employee Retirement Income Security Act of 1974, as

amended, 29 U.S.C. § 1001 et seq. ("ERISA").

2.      Pursuant to 29 U.S.C. § 1132(a)(1)(B), Plaintiff asserts a claim for pension

plan benefits she alleges are due to her.  Plaintiff also asserts a claim for attorney's fees and costs

pursuant to section 1132(g)(1).

3.      Federal Rule of Civil Procedure 39(a)(2) provides that the Court, "on

motion or on its own," may strike a demand for a jury trial where "there is no federal right to a

jury trial."

4.      A right to a jury trial does not exist under section 1132(a)(1)(B) of ERISA.

5.      In a direct claim for pension benefits, the federal courts have consistently concluded that there is no right to a jury trial. Turner v. CF & I Steel Corp., 770 F.2d 43, 47 (3d Cir. 1985) (holding that employees did not have federal right to jury trial with respect to claim seeking recovery of pension benefits); Haeffele v. Hercules Inc., 703 F. Supp. 326, 331 (D. Del. 1989) (granting plaintiff's motion to strike jury trial demand with respect to claim seeking recovery of pension benefits under section 1132(a)(1)(B)).

6.      Thus, Plaintiff does not assert a claim or issue in her Complaint under which she has a federal right to a jury trial.

WHEREFORE, Defendants respectfully request that the Court grant its Motion to Strike Plaintiff's Jury Demand.

Respectfully submitted,


*Michael P. Migliore*

Michael P. Migliore, Esquire (Del. Bar #4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 576-5850
mmigliore@stradley.com

and

Patrick R. Kingsley, Esquire (Admitted *Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000

Attorneys for Defendants,
Nanticoke Memorial Hospital, Inc. and
Nanticoke Health Services, Inc.

Dated: April 15, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BARBARA R. JOHNSON, | ) |
| | ) |
| Plaintiff, | )    C. A. No. 07-CV-00685 (SLR) |
| | ) |
| v. | ) |
| | ) |
| NANTICOKE MEMORIAL HOSPITAL, | ) |
| INC., AND NANTICOKE HEALTH | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

To:    Eric M. Andersen
        Cooch and Taylor
        824 N. Market Street, Suite 1000
        Wilmington, DE 19801
        (Counsel for Plaintiff)

On April 15, 2008, a copy of the *Motion of Defendants to Strike Plaintiff's Jury Demand* was served via hand-delivery at the address noted above, and via electronic service by way of the Court's CM-ECF filing system upon the above-named counsel.

Dated: April 15, 2008
                                        *Michael P. Migliore*
                                        Michael P. Migliore (DE Bar #4331)
                                        STRADLEY RONON STEVENS & YOUNG, LLP
                                        300 Delaware Avenue, Suite 800
                                        Wilmington, DE 19801
                                        Telephone:  (302) 576-5850
                                        Facsimile:   (302) 576-5858

                                        Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BARBARA R. JOHNSON, | ) | |
| | ) | |
| Plaintiff | ) | C. A. No. 07-CV-00685 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC., AND NANTICOKE HEALTH | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____ , 2008, upon consideration of

Defendants' Motion to Strike Plaintiff's Jury Demand, and any response thereto, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's jury demand is stricken.

BY THE COURT:

_____
U.S. District Court Judge Sue L. Robinson

L # 720256 v.1