IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NANTICOKE MEMORIAL HOSPITAL, INC., AND NANTICOKE HEALTH SERVICES, INC.,<br><br>Defendants. | C. A. No. 07-CV-00685 (SLR) |

## NOTICE OF SERVICE

Be it made known that (i) *Defendants' Responses to Plaintiff's First Request for Production of Documents* and (ii) *Defendants' Responses to Plaintiff's First Set of Interrogatories* were served upon counsel for Plaintiff Barbara R. Johnson via hand delivery, electronic mail, and facsimile on April 18, 2008, to the party and at the address set forth below.

>Eric M. Andersen
>Cooch and Taylor
>824 N. Market Street, Suite 1000
>Wilmington, DE 19801
>(Counsel for Plaintiff)

Dated: April 21, 2008

*(signature)*
Michael P. Migliore (DE Bar #4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 576-5850
Facsimile: (302) 576-5858

Counsel for Defendants

B # 776988 v.1