UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.  07-685-***-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| NANTICOKE HEALTH SERVICES, INC. | ) | Demand for Jury Trial |
| And NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

At Wilmington this _____21st_____ day of _____April_____, 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b). The scheduling order entered on January 16, 2008 is vacated.

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**.

    (a) Discovery will be needed on the following subjects: (1) liability; and (2) damages.

    (b) All discovery shall be commenced in time to be completed by July 31, 2008.

    (c) Maximum of 30 interrogatories by each party to any other party.

    (d) Maximum of 30 requests for admission by each party to any other party.

    (e) Maximum of 5 depositions by plaintiff and 5 by defendant.

(f)    Each deposition limited to a maximum of 6 hours unless extended by agreement of parties.

(g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by June 30, 2008. Rebuttal reports due by July 31, 2008.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before April 30, 2008.

4.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before September 30, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

5.    **Applications by Motion.** Any application to the court shall be written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

6.    ~~**Motions in Limine.** All motions in limine shall be filed on or before _____. All responses to said motions shall be filed on or before _____.~~ *slr*

7.    **Pretrial Conference.** A pretrial conference will be held on _____, 2008 at ____ M. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8. **Trial.** This matter is scheduled for a 2 day jury trial commencing on _____ in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing trial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases. *SLR*

_____
Sue L. Robinson