# COOCH AND TAYLOR, P.A.
### ATTORNEYS AT LAW

DONALD C. TAYLOR
1930-2005

H. ALFRED TARRANT, JR.
ROBERT W. CROWE
BONNIE H. SHEER
W. JEFFREY WHITTLE*
JEOFFREY L. BURTCH
C. SCOTT REESE
ANDREW P. TAYLOR*
THOMAS D. SHELLENBERGER
ROBERT W. PEDIGO

\* ALSO ADMITTED IN PA
\*\* ALSO ADMITTED IN NJ
\*\*\* ALSO ADMITTED IN CT

824 MARKET STREET
SUITE 1000
P.O. BOX 1680
WILMINGTON, DE 19899-1680

WWW.COOCHTAYLOR.COM
F 302.984.3939
T 302.984.3800

EDWARD W. COOCH, JR.
OF COUNSEL

ADAM SINGER+
SPECIAL COUNSEL

ROBERT W. MALLARD
SHELLEY A. KINSELLA
ERIC M. ANDERSEN
NEIL A. DERMAN++
BASIL C. KOLLIAS**
M. CLAIRE McCUDDEN
PAULA C. WITHEROW*
NANCY N. DOUGHTEN***

+ ALSO ADMITTED IN MA AND NY
++ ADMITTED IN NJ ONLY

May 5, 2008

**VIA E-FILE**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> **RE:** **Barbara R. Johnson v. Nanticoke Memorial Hospital, et al.**
> **C.A. No: 07-685-***SLR**
> **Our File No: 21632-2**

Dear Judge Robinson:

Barbara Johnson does not oppose the Defendants' Motion to Strike the Jury Request filed on April 15, 2008.

Respectfully submitted,

Eric M. Andersen

EMA:cls
cc: Michael P. Migliore, Esquire (via CM/ECF)