IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANTICOKE MEMORIAL HOSPITAL, INC. )<br>and NANTICOKE HEALTH SERVICES, INC. )<br>)<br>)<br>Defendants. ) | C.A. No. 07-CV-00685 (SLR) |

**NOTICE OF APPLICATION FOR ORAL ARGUMENT**

Plaintiff Barbara R. Johnson ("Plaintiff"), by and through her undersigned counsel, hereby requests pursuant to Fed. R. Civ. P. 7.1.4 oral argument regarding the Motion for Judgment of the Pleadings (the "Motion") filed on April 15, 2008.

The reply brief regarding the Motion was filed on May 9, 2008.

COOCH AND TAYLOR, P.A.

_____
Eric M. Andersen (No. 4376)
H. Alfred Tarrant, Jr. (No. 445)
824 North Market Street
Suite 1000
Wilmington, DE 19801
302-984-3800
*Attorneys for the Plaintiff*

Dated: May 12, 2008

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, Esquire, caused on May 12, 2008 the foregoing *Notice of Application for Oral Argument* to be served on the following via (CM/ECF).

Michael P. Migliore, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

_____
Eric M. Andersen (No. 4376)

Dated: May 12, 2008