# STRADLEY RONON
ATTORNEYS AT LAW
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone (215) 564-8000
Fax (215) 564-8120
www.stradley.com

**Patrick R. Kingsley**
PKingsley@stradley.com
215-564-8029

May 30, 2008

**VIA HAND-DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

Re: *Barbara A. Johnson, Plaintiff, v. Nanticoke Memorial Hospital, Inc., and Nanticoke Health Services, Inc., Defendants*, C.A. No. 07-CV-685 (SLR).

Dear Judge Robinson:

I write as counsel for Defendants Nanticoke Memorial Hospital, Inc., and Nanticoke Health Services, Inc. (collectively, the "Defendants"). As you know, Your Honor recently granted Plaintiff's request for oral argument relating to Defendants' Motion for Summary Judgment ("Motion"). Specifically, oral argument on the Motion has been scheduled for July 17, 2008 at 10:00 a.m. (the "Hearing"). Unfortunately, however, I have a scheduling conflict with the Hearing date in that I have had a trial set for this date pending in the Philadelphia County Court of Common Pleas. The trial is likely to last for the entire month of July.

In light of the above, I respectfully request that the Hearing be re-scheduled to a date in June 2008 or to a date in August 2008. I would be more than happy to contact opposing counsel to investigate his alternate availability. I apologize for any inconvenience that this causes.

Respectfully submitted,

Patrick R. Kingsley

cc: Eric M. Andersen, counsel for Plaintiff (via hand delivery)
Michael P. Migliore, Esq.
Marissa Parker, Esq.

## CERTIFICATE OF SERVICE

I, Michael P. Migliore, certify that on May 30, 2008, I caused to be served via hand delivery a true and correct copy of the *Letter to the Honorable Sue L. Robinson*, and caused the same to be served electronically on June 2, 2008 via the Court's Electronic Case Filing (ECF) system upon the following:

Eric M. Andersen, Esquire
Cooch & Taylor
824 Market St. Mall #1000
P.O. Box 1680
Wilmington, DE  19899
(302) 652-3641
*Attorneys for Plaintiff*

_____
Michael P. Migliore (Del. Bar #4331)
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Telephone:  (302) 576-5850
Facsimile:   (302) 576-5858
E-mail: mmigliore@stradley.com

*Counsel for Defendants, Nanticoke Memorial Hospital, Inc., and Nanticoke Health Services, Inc.*

B # 793881 v.1