UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA R. JOHNSON | ) |
| Plaintiff, | ) ) C.A. No. 07-685-***-SLR |
| v. | ) ) |
| NANTICOKE HEALTH SERVICES, INC. and NANTICOKE MEMORIAL HOSPITAL, INC. | ) ) ) ) |
| Defendant. | ) ) |

NOTICE OF SERVICE

TO: Michael P. Migliore, Esquire
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

On June 5, 2008, copies of *Plaintiff's Responses to Defendants' First Set of Interrogatories* and *Plaintiff's Responses to Defendants' First Request for Production of Document* were delivered to the above named counsel via hand delivery.

COOCH AND TAYLOR, P.A.

_____
H. Alfred Tarrant (No. 445)
Eric M. Andersen (No. 4376)
824 N. Market Street, Ste. 1000
Wilmington, DE 19801
302-652-3641
*Attorneys for Plaintiff*

DATED: June 5, 2008