

Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170
Telephone (302) 576-5850
Fax (302) 576-5858
www.stradley.com

**Michael P. Migliore**
mmigliore@stradley.com
302-576-5874

July 14, 2008

<u>**VIA HAND-DELIVERY**</u>

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 North King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

    Re:    *Barbara A. Johnson, Plaintiff, v. Nanticoke Memorial Hospital, Inc., and Nanticoke Health Services, Inc., Defendants*, C.A. No. 07-CV-685 (SLR).

Dear Judge Robinson:

    Pursuant to the Notice issued by the Court dated June 04, 2008, the Court cancelled oral argument set for July 17, 2008 regarding the Motion for Judgment of the Pleadings. The Defendants respectfully request a new date for oral argument to be rescheduled at the earliest convenience of the Court.

                                          Respectfully Submitted,

                                          Michael P. Migliore

cc:    Eric M. Andersen, counsel for Plaintiff (via facsimile)
        Patrick R. Kingsley, Esq.
        Marissa Parker, Esq.