UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-685-***-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| NANTICOKE HEALTH SERVICES, INC. | ) | |
| and NANTICOKE MEMORIAL HOSPITAL, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED SCHEDULING ORDER

At Wilmington this _16th_ day of _July_, 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b). The scheduling order entered on April 21, 2008 is vacated.

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: (1) liability; and (2) damages.

    (b) All discovery shall be commenced in time to be completed by January 30, 2009.

    (c) Maximum of 30 interrogatories by each party to any other party.

    (d) Maximum of 30 requests for admission by each party to any other party.

    (e) Maximum of 5 depositions by plaintiff and 5 by defendant.

  (f) Each deposition limited to a maximum of 6 hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by December 30, 2008. Rebuttal reports due by January 30, 2009.

 3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before February 27, 2009.

 4. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before March 30, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

 5. **Applications by Motion.** Any application to the court shall be written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

                /s/ Sue L. Robinson
                Judge Sue L. Robinson